IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER IMAN ULMER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:20-cv-885-ECM |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION and ORDER**

On January 17, 2024, the Magistrate Judge entered a Recommendation (doc. 10) to which no timely objections have been filed.[1] Accordingly, upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 10) is ADOPTED, and this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 4th day of March, 2024.

          /s/ Emily C. Marks
          EMILY C. MARKS
          CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge granted the Petitioner an extension of time to file his objections until February 23, 2024. (Doc. 12).